**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of  Edward Hines Lumber Co.
v.
Robert J. Ollman, an individual, Midwest Building Sytems, Inc., a Wisconsin corporation, and 87th Street Holding, LLC, a Wisconsin limited liability company

Case Number   **08 C 492**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Edward Hines Lumber Co.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE SCHENKIER**

**J. N.**

| (A) | (B) |
|---|---|
| SIGNATURE /s/ David P. Vallas | SIGNATURE |
| NAME David P. Vallas | NAME |
| FIRM Wildman, Harrold, Allen & Dixon LLP | FIRM |
| STREET ADDRESS 225 W. Wacker Drive | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL  60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-201-2000 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6273499 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [X]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [X]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [ ]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

2002 © American LegalNet, Inc.