## United States District Court for the Northern District of Illinois

Case Number: 08cv492            Assigned/Issued By: j. n.

Judge Name: ST. EVE            Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____         Receipt #: 2482452 _____

Date Payment Rec'd: 1-22-08 _____   Fiscal Clerk: J. N. _____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
                                         _____
[ ] Wage-Deduction Garnishment Summons   _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

3  Original and  0  copies on  1-23-08  as to  ALL DEFENDANTS
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05