AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee,

                            Plaintiff,

V.

ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company          Defendants.

CASE NUMBER: **08 C 492**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

87th Street Holding, LLC
c/o Robert J. Ollman, Registered Agent
W209 N17150 Industrial Drive
Jackson, WI 53037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Vallas
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606
312-201-3000

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(By) DEPUTY CLERK_

January 23, 2008
Date

2002 © American LegalNet, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 02/21/08 |
| NAME OF SERVER (PRINT) Bryon Vandlen | TITLE Deputy |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 17150 W 209 N Industrial Dr.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/21/08         Bryon Vandlen
             Date                Signature of Server

             500 N. Schmidt Rd.
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

STATE OF WISCONSIN ) §
WASHINGTON COUNTY)

I hereby certify that on the **21st** day of **February**, 20**08** at **3:07** P.M., at **17150 W 209 N Industrial Dr** in the **Village** of **Jackson** in the said County of Washington, State of Wisconsin I duly served the following document: File # **2008 C492**

- ☐ SUMMONS AND COMPLAINT
- ☐ AUTHENTICATED SUMMONS AND COMPLAINT
- ☐ SUBPOENA   Witness fee paid $_____
- ☐ EXECUTION (Served and Unsatisfied)
- ☐ NOTICE OF SALE
- ☐ ORDER TO SHOW CAUSE **US Dist Court Northern Dist of IL**
- ☐ TEMPORARY RESTRAINING ORDER
- ☐ AUTHENTICATED SUMMONS AND PETITION
- ☐ WRIT OF RESTITUTION/ASSISTANCE
- ☑ OTHER **Summons & Amended Complaint**

ON THE FOLLOWING PARTY/WITNESS: **Robert J. Ollman - President / 87th Street Holding LLC**

- ☑ By then and there delivering to and leaving with (him)/her.
- ☐ By leaving a true copy thereof at his/her usual place of abode, in the presence of _____ who is: ☐ a competent member of the family at least fourteen years of age, ☐ a competent adult currently residing in the abode of the defendant, and informed same of the contents thereof, that the party/witness could not be found by me after diligent search and inquiry.
- ☐ By affixing the document to a conspicuous part of the premises, where it may be conveniently read.
- ☐ By exhibiting the signature of the circuit court: ☐ Judge, ☐ Commissioner, who signed the document.
- ☐ I served the Garnishee Summons and Complaint on the Garnishee Defendant by delivering to and leaving with him/her personally, true copy thereof and paying him/her $3.00.
- ☐ By posting a true copy thereof to each of the following three Public Places: _____
- ☐ I certify that by virtue of the attached writ I did enter upon premises occupied by the defendant, and caused the defendant to be removed, and restored the plaintiff to peaceable possession of the premises.

I endorsed on the copy my name, official title and date of service. On authenticated copies I also put the time, place, manner of service and person served.

- ☐ I hereby certify that after due and diligent search and inquiry, the named party/witness _____ cannot be found to be served:
  - ☐ in time for court date set.
  - ☐ because address or location of subject cannot be determined.
  - ☐ forwarding address: _____

Service $ **30.00**
Travel _____
Postage _____
Total $ **30.00**

Dated **02/21** 20 **08**
DALE K. SCHMIDT, Sheriff
Per **Bryon Vandlen**
Deputy Sheriff
Badge # **473/1148**

Form 410 (Rev. 12/06)