# EXHIBIT B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EDWARD HINES LUMBER CO., an Illinois corporation,
individually and as beneficiary of Trust No. 532747 with
LaSalle Bank as Trustee,

Plaintiff,

CASE NUMBER:

V.

# 08 C 492

ROBERT J. OLLMAN, an individual, MIDWEST
BUILDING SYSTEMS, INC., a Wisconsin corporation, and
87TH STREET HOLDING, LLC, a Wisconsin limited
liability company                              Defendants.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

ROBERT J. OLLMAN
W209 N17150 Industrial Drive
Jackson, WI 53037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Vallas
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606
312-201-3000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

**January 23, 2008**

Date

2002 © American LegalNet, Inc.

STATE OF WISCONSIN )
                   ) §
WASHINGTON COUNTY)

I hereby certify that on the _____21st_____ day of ___February___, 20_08_ at _3:06_ _P._M.,

at _17150 W 209 N Industrial Dr_ in the _____Village_____ of ___Jackson___

in the said County of Washington, State of Wisconsin I duly served the following document: File #_2008-C492_

☐ SUMMONS AND COMPLAINT                     ☐ ORDER TO SHOW CAUSE  US Dist Court Northern
☐ AUTHENTICATED SUMMONS AND COMPLAINT       ☐ TEMPORARY RESTRAINING ORDER  Dist of IL
☐ SUBPOENA  Witness fee paid $_____    ☐ AUTHENTICATED SUMMONS AND PETITION
☐ EXECUTION  (Served and Unsatisfied)       ☐ WRIT OF RESTITUTION/ASSISTANCE
☐ NOTICE OF SALE
☑ OTHER  _Summons & Amended Complaint_

**ON THE FOLLOWING PARTY/WITNESS:** _Robert J. Ollman_

☑ By then and there delivering to and leaving with (him)/her.

☐ By leaving a true copy thereof at his/her usual place of abode, in the presence of _____

   who is:  ☐ a competent member of the family at least fourteen years of age,  ☐ a competent adult currently

   residing in the abode of the defendant, and informed same of the contents thereof, that the party/witness could not

   be found by me after diligent search and inquiry.

☐ By affixing the document to a conspicuous part of the premises, where it may be conveniently read.

☐ By exhibiting the signature of the circuit court:  ☐ Judge,  ☐ Commissioner, who signed the document.

☐ I served the Garnishee Summons and Complaint on the Garnishee Defendant by delivering to and leaving with him/her

   personally, true copy thereof and paying him/her $3.00.

☐ By posting a true copy thereof to each of the following three Public Places:_____

_____

☐ I certify that by virtue of the attached writ I did enter upon premises occupied by the defendant, and caused the

   defendant to be removed, and restored the plaintiff to peaceable possession of the premises.

I endorsed on the copy my name, official title and date of service. On authenticated copies I also put the time, place,

manner of service and person served.

☐ I hereby certify that after due and diligent search and inquiry, the named party/witness _____

   cannot be found to be served:

   ☐ in time for court date set.

   ☐ because address or location of subject cannot be determined.

   ☐ forwarding address: _____

| | | |
|---|---|---|
| Service | $ _30.00_ | |
| Travel | _____ | |
| Postage | _____ | |
| Total | $ _30.00_ | |

Dated ____02/21____ 20_08_

**DALE K. SCHMIDT**, Sheriff

Per _Bryon Vandlen_

Badge # _473/1148_    Deputy Sheriff

Form 410 (Rev. 12/06)