# EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee,
                Plaintiff,

V.

ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company     Defendants.

CASE NUMBER: **08 C 492**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Midwest Building Systems, Inc.
c/o Robert J. Ollman, Registered Agent
W209 N17150 Industrial Drive
Jackson, WI 53037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Vallas
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606
312-201-3000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Annette Nunez_
(By) DEPUTY CLERK



January 23, 2008
Date

2002 © American LegalNet, Inc.

STATE OF WISCONSIN ) §
WASHINGTON COUNTY)

I hereby certify that on the __21st__ day of __February__, 20__08__ at __3:06__ P.M., at __17150 W 209 N Industrial Dr.__ in the __Village__ of __Jackson__ in the said County of Washington, State of Wisconsin I duly served the following document: File # __2008 C492__

- [ ] SUMMONS AND COMPLAINT
- [ ] AUTHENTICATED SUMMONS AND COMPLAINT
- [ ] SUBPOENA   Witness fee paid $_____
- [ ] EXECUTION (Served and Unsatisfied)
- [ ] NOTICE OF SALE
- [x] OTHER __Summons & Amended Complaint__
- [ ] ORDER TO SHOW CAUSE __US Dist Court Northern__
- [ ] TEMPORARY RESTRAINING ORDER __Dist of IL__
- [ ] AUTHENTICATED SUMMONS AND PETITION
- [ ] WRIT OF RESTITUTION/ASSISTANCE

ON THE FOLLOWING PARTY/WITNESS: __Robert J. Ollman - President/Midwest Building Systems__

- [x] By then and there delivering to and leaving with (him)/her.
- [ ] By leaving a true copy thereof at his/her usual place of abode, in the presence of _____ who is: [ ] a competent member of the family at least fourteen years of age, [ ] a competent adult currently residing in the abode of the defendant, and informed same of the contents thereof, that the party/witness could not be found by me after diligent search and inquiry.
- [ ] By affixing the document to a conspicuous part of the premises, where it may be conveniently read.
- [ ] By exhibiting the signature of the circuit court: [ ] Judge, [ ] Commissioner, who signed the document.
- [ ] I served the Garnishee Summons and Complaint on the Garnishee Defendant by delivering to and leaving with him/her personally, true copy thereof and paying him/her $3.00.
- [ ] By posting a true copy thereof to each of the following three Public Places: _____

- [ ] I certify that by virtue of the attached writ I did enter upon premises occupied by the defendant, and caused the defendant to be removed, and restored the plaintiff to peaceable possession of the premises.

I endorsed on the copy my name, official title and date of service. On authenticated copies I also put the time, place, manner of service and person served.

- [ ] I hereby certify that after due and diligent search and inquiry, the named party/witness _____ cannot be found to be served:
  - [ ] in time for court date set.
  - [ ] because address or location of subject cannot be determined.
  - [ ] forwarding address: _____

Service   $ 75.00
Travel    _____
Postage   _____
Total     $ 75.00

Dated __02/21__, 20__08__

DALE K. SCHMIDT, Sheriff

Per __Bryon Vandlen__
Deputy Sheriff
Badge # __473/1148__

Form 410 (Rev. 12/06)