# EXHIBIT D

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee,

              Plaintiff,

V.

ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company     Defendants.

CASE NUMBER: **08 C 492**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ST. EVE**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

87th Street Holding, LLC
c/o Robert J. Ollman, Registered Agent
W209 N17150 Industrial Drive
Jackson, WI 53037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Vallas
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606
312-201-3000

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

January 23, 2008
Date

2002 © American LegalNet, Inc.

STATE OF WISCONSIN ) §
WASHINGTON COUNTY)

I hereby certify that on the **21st** day of **February**, 20**08** at **3:07 P**.M., at **17150 W 209 N Industrial Dr** in the **Village** of **Jackson** in the said County of Washington, State of Wisconsin I duly served the following document: File # **2008 C492**

- [ ] SUMMONS AND COMPLAINT
- [ ] AUTHENTICATED SUMMONS AND COMPLAINT
- [ ] SUBPOENA  Witness fee paid $_____
- [ ] EXECUTION  (Served and Unsatisfied)
- [ ] NOTICE OF SALE
- [x] OTHER **Summons & Amended Complaint**
- [ ] ORDER TO SHOW CAUSE **US Dist Court Northern Dist of IL**
- [ ] TEMPORARY RESTRAINING ORDER
- [ ] AUTHENTICATED SUMMONS AND PETITION
- [ ] WRIT OF RESTITUTION/ASSISTANCE

ON THE FOLLOWING PARTY/WITNESS: **Robert J. Ollman - President / 87th Street Holding LLC**

- [x] By then and there delivering to and leaving with him/her.
- [ ] By leaving a true copy thereof at his/her usual place of abode, in the presence of _____ who is: [ ] a competent member of the family at least fourteen years of age, [ ] a competent adult currently residing in the abode of the defendant, and informed same of the contents thereof, that the party/witness could not be found by me after diligent search and inquiry.
- [ ] By affixing the document to a conspicuous part of the premises, where it may be conveniently read.
- [ ] By exhibiting the signature of the circuit court: [ ] Judge, [ ] Commissioner, who signed the document.
- [ ] I served the Garnishee Summons and Complaint on the Garnishee Defendant by delivering to and leaving with him/her personally, true copy thereof and paying him/her $3.00.
- [ ] By posting a true copy thereof to each of the following three Public Places: _____

- [ ] I certify that by virtue of the attached writ I did enter upon premises occupied by the defendant, and caused the defendant to be removed, and restored the plaintiff to peaceable possession of the premises.

I endorsed on the copy my name, official title and date of service. On authenticated copies I also put the time, place, manner of service and person served.

- [ ] I hereby certify that after due and diligent search and inquiry, the named party/witness _____ cannot be found to be served:
  - [ ] in time for court date set.
  - [ ] because address or location of subject cannot be determined.
  - [ ] forwarding address: _____

Service     $ **30.00**
Travel      _____
Postage     _____
Total       $ **30.00**

Dated **02/21** 20**08**

DALE K. SCHMIDT, Sheriff

Per **Bryon Vandlen**
Deputy Sheriff

Badge # **473/1148**

Form 410 (Rev. 12/06)