# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee,<br><br>   Plaintiff,<br><br>  v.<br><br>ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 492<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF ATTORNEY**

  I, David P. Vallas, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth in this Declaration are true and correct.

  1. I am an attorney in good standing licensed to and practicing in the State of Illinois.

  2. I am a partner in the law firm of Wildman, Harrold, Allen & Dixon LLP and am the attorney primarily responsible for this matter on behalf of plaintiff EDWARD HINES LUMBER CO.

  3. As of the date of this Certification of Attorney, I have not been served with an appearance, answer, or other pleadings on behalf of any of the defendants in this matter.

4. On May 28, 2008, I personally checked the Clerk of the Court's electronic file (PACER) on this matter and found no appearance, answer or other pleading on behalf of any of the defendants in this matter.

_____
David P. Vallas

David P. Vallas
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-201-2000
Firm ID 10535