# EXHIBIT H

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08 C 492 |
| ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ATTORNEY FEE VERIFICATION

I, David P. Vallas, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth in this Declaration are true and correct.

1.      I am familiar with the matters below and if called upon to testify I am competent thereto.

2.      I am an attorney with the law firm of Wildman, Harrold, Allen & Dixon LLP and have expended time on behalf of Plaintiff in this action against Defendants.

3.      My current hourly rate is $365.00 per hour based upon my practice in commercial litigation, which is reasonable in terms of comparable rates charged by attorneys practicing in the Northern District of Illinois.

4. The time billed on this file and services performed by Wildman, Harrold, Allen & Dixon LLP are compiled from attorneys' daily time sheets where services are recorded contemporaneously with their being provided.

5. These time and billing records are maintained in the ordinary course of business for Wildman, Harrold, Allen & Dixon LLP, whose business it is to maintain such records.

6. The total amount of attorneys' time expended in this matter through and including May 27, 2008 is 9.00 hours for a total amount of fees of $3,285.00 The fees are broken down as follows:

| Attorney | Description | Time | Fee |
|---|---|---|---|
| D. Vallas | Prepare Complaint and Amended Complaint | 2.00 | $730.00 |
| D. Vallas | Communications with client. | 0.75 | $273.75 |
| D. Vallas | Preparing Motion for Default Judgment, Declaration of Attorney, Declaration of S. Svendsen, and draft judgments. | 4.25 | $1,551.25 |
| D. Vallas | Attend Status Hearings | 2.00 | $730.00 |
| | Total | 9.00 | $3,285.00 |

7. The total amount of costs expended through May 27, 2007 is $135.00. This total is broken down as follows:

| Description | Cost |
|---|---|
| Service of Process | $135.00 |
| Total | $135.00 |

8. The total amount of costs and fees expended or expected to be expended on this matter along with attorneys' time associated with this tenant through May 27, 2008 total **$3,420.00.**

9. The statements made by me in this declaration are based upon my personal knowledge and if I were called to testify I would testify as set forth above.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

David P. Vallas