IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 492 |
| v. | ) ) | Judge Amy J. St. Eve |
| ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 2, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve or any other judge sitting in her place or stead, in courtroom 1241 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present: **Motion for Default Judgment**.

Respectfully submitted,

ARCH INSURANCE COMPANY

/s/ David P. Vallas
By:_____
   One of Its Attorneys

David P. Vallas, Atty No. 06273499
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60602
(312) 201-2000
(312) 201-2555 (Facsimile)

1882032_1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 28, 2008, a true and correct copy of the **Motion for Default Judgment** and **Notice of Motion** were served by FedEx Priority Overnight upon the following:

Robert J. Ollman
W209n17150 Industrial Drive
Jackson, WI 53037

Midwest Building Systems, Inc.
c/o Robert J. Ollman, Registered Agent
W209n17150 Industrial Drive
Jackson, WI 53037

87th Street Holding, LLC
c/o Robert J. Ollman, Registered Agent
W209n17150 Industrial Drive
Jackson, WI 53037

/s/ David P. Vallas
_____

1882032_1