**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Edward Hines Lumber Co.
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00492
                                                  Honorable Amy J. St. Eve

Robert J Ollman, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve:Motion for default judgment [14] is granted in the amount of $861,500.92. See Default Judgment for full details. Status hearing set for 6/2/2008 is stricken. Notice of motion set for 6/2/2008 is stricken. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.