Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 492 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Edward Hines Lumber Co. Vs. Robert J. Ollman, et al | | |

**DOCKET ENTRY TEXT**

Enter Default Judgment in favor of Plaintiff and against defendants Robert J. Ollman, Midwest Building Systems, Inc. And 87th Street Holding, LLC, and each of them jointly and severaly on Count I in the total amount of $725,710.03 plus attorneys' fees and costs of $1,710.00; and in favor of Plaintiff against defendants Robert J. Ollman and Midwest Building Systems, Inc., and each of them, jointly and severally on Count II in the amount of $132,370.89 plus attorneys' fees and costs of $1,710.00. See attached default judgment for full details.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TH |
|---|---|---|---|