UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD HINES LUMBER CO., an Illinois corporation, individually and as beneficiary of Trust No. 532747 with LaSalle Bank as Trustee, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 08 C 492<br>) |
| ROBERT J. OLLMAN, an individual, MIDWEST BUILDING SYSTEMS, INC., a Wisconsin corporation, and 87TH STREET HOLDING, LLC, a Wisconsin limited liability company, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFAULT JUDGMENT

This matter coming to be heard on plaintiff's Motion for Default Judgment, all parties having been given due notice and the Court being fully advised in the Premises and having reviewed the following:

1. the Amended Complaint for Breach of Promissory Notes (the "Complaint) filed in this matter;

2. the Summons and affidavit of service on defendant ROBERT J. OLLMAN,

3. the Summons and affidavit of service on defendant MIDWEST BUILDING SYSTEMS, INC.;

4. the Summons and affidavit of service on defendant 87TH STREET HOLDING, LLC

5. the Declaration of Steven Svendsen;

6. the Certification of Attorney; and

7. the Attorney Fee Declaration,

The Court hereby FINDS:

1. defendant ROBERT J. OLLMAN was properly served with the summons and complaint in this matter on February 21, 2008;

2. defendant MIDWEST BUILDING SYSTEMS, INC. was properly served with the summons and complaint in this matter on February 21, 2008;

3. defendant 87TH STREET HOLDING, LLC was properly served with the summons and complaint in this matter on February 21, 2008;

4. each of the defendants has failed to file an appearance, answer, or other pleading in response to the Complaint.

5. there is a total of $725,710.03 owed to plaintiff EDWARD HINES LUMBER CO. through May 27, 2008 pursuant to that certain Note dated January 31, 2007 (the "January Note") made and executed by defendants Robert J. Ollman, Midwest Building Systems, Inc., and 87th Street Holding, LLC, and each of them, originally in favor of LaSalle Bank, as Trustee under Trust No. 532747 for the sole benefit of plaintiff, and since endorsed by LaSalle Bank and made payable to plaintiff. A true and correct copy of the January Note is attached to the Complaint as Exhibit A.

6. There is a total of $132,370.89 owed to plaintiff through May 27, 2008 pursuant to that certain Note dated March 23, 2007 (the "March Note") made and executed by defendants Robert J. Ollman and Midwest Building Systems, Inc., and each of them, in favor of plaintiff. A true and correct copy of the March Note is attached to the Complaint as Exhibit B.

THE COURT THEREFORE HEREBY ENTERS JUDGMENT AS FOLLOWS:

    A. in favor of plaintiff EDWARD HINES LUMBER CO. and against defendants ROBERT J. OLLMAN, MIDWEST BUILDING SYSTEMS,

    INC., and 87TH STREET HOLDING, LLC, and each of them, jointly and severally on Count I in the total amount of $725,710.03 plus attorneys' fees and costs of $1,710.00; and

B. in favor of plaintiff EDWARD HINES LUMBER CO. and against defendants ROBERT J. OLLMAN AND MIDWEST BUILDING SYSTEMS, INC., and each of them, jointly and severally on Count II in the total amount of $132,370.89 plus attorneys' fees and costs of $1,710.00;

ENTERED: May 30, 2008

_____
Honorable Amy J. St. Eve

Prepared by:

David P. Vallas (06273499)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
312.201.2000

1826609-1

3